UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Applies to:**<br><br>*Progressive Casualty Insurance Co., et al. v. Visa Inc., et al.*, No. 14-cv-00276 (E.D.N.Y.) (MKB) (JO). | No. 14-md-01720 (MKB) (JO)<br>No. 14-cv-00276 (MKB) (JO) |

## STIPULATION AND PROPOSED ORDER

WHEREAS, the plaintiffs in *Progressive Casualty Insurance Co., et al. v. Visa Inc., et al.*, No. 14-cv-00276 (E.D.N.Y.) (the "Progressive Casualty Action"), have filed a complaint as opt-outs from the Rule 23(b)(3) Settlement Class in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-md-01720 (E.D.N.Y.);

WHEREAS, on or about September 30, 2014, defendants filed answers to the complaint in the Progressive Casualty Action; and

WHEREAS, on December 31, 2014, this Court granted plaintiffs' motion to amend the complaint to add new allegations and plaintiffs without the filing of an amended complaint, and ordered that certain parties be added as plaintiffs to the Progressive Casualty Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that each defendant need not provide any further answer or response to the complaint as amended in the Progressive Casualty Action.

1

Dated:  January 8, 2015.

Respectfully submitted,

**KENNY NACHWALTER, P.A.**

By: _____
Richard Alan Arnold
William J. Blechman
201 South Biscayne Boulevard, Suite 1100
Miami, FL   33131
(305) 373-1000
rarnold@knpa.com
wblechman@knpa.com

**SPERLING & SLATER, P.C.**

Paul E. Slater
55 West Monroe Street, Suite 3200
Chicago, IL   60603

**VANEK, VICKERS & MASINI, P.C.**

Joseph M. Vanek
David P. Germaine
John P. Bjork
55 West Monroe Street, Suite 3500
Chicago, IL   60603

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Jason A. Zweig
555 Fifth Avenue, Suite 1700
New York, NY   10017

Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

*Attorneys for All Plaintiffs*

**ARNOLD & PORTER LLP**

By: /s/ Robert C. Mason
Robert C. Mason
399 Park Avenue
New York, NY 10022
(212) 715-1000
robert.mason@aporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

Mark R. Merley
Matthew A. Eisenstein
555 12th Street, NW
Washington, DC 20004

**HOLWELL SHUSTER & GOLDBERG LLP**

Richard J. Holwell
Michael S. Shuster
Demian A. Ordway
Zachary A. Kerner
125 Broad Street, 39th Floor
New York, NY 10004

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, and Visa Inc.*

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Matthew Freimuth
Matthew Freimuth
Wesley R. Powell
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mfreimuth@willkie.com

3

        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

          Kenneth A. Gallo
          2001 K Street, NW
          Washington, DC   20006

          Andrew C. Finch
          Gary R. Carney
          1285 Avenue of the Americas
          New York, NY   10019

         *Counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated*

**SO ORDERED:**

Dated:

_____   _____
Brooklyn, New York           United States District Judge